| | | |
|---|---|---|
| Pagan, Matter of, v Annucci | 3d Dept: 147 AD3d 1125 | denied* |
| Patrolmen's Benevolent Assn. of the City of N.Y., Inc. v City of New York | 1st Dept: 142 AD3d 53 | denied |
| People v Carlo | 1st Dept: 146 AD3d 681 | denied* |
| People v Symonds | 4th Dept: 147 AD3d 1325 | denied |
| People ex rel. Hemphill v McCardle | 4th Dept: 147 AD3d 1315 | denied |
| Rosales, Matter of, v Eugene J. Felice Landscaping | 3d Dept: 144 AD3d 1206 | denied |
| Sarbo, Matter of, v Tri-Valley Plumbing & Heating | 3d Dept: 144 AD3d 1219 | denied |
| 7-Eleven, Inc., Matter of, v Town of Huntington | 2d Dept: 140 AD3d 889 | denied |
| Stephanie M., Matter of (Jose M.) | 2d Dept: 147 AD3d 954 (Proceeding No. 1) | denied* |
| 347 Cent. Park Assoc., LLC v Pine Top Assoc., LLC | 2d Dept: 144 AD3d 785 | denied |
| Till, Matter of, v Apex Rehabilitation | 3d Dept: 144 AD3d 1231 | denied |
| Walton, Matter of, v Colvin | 4th Dept: 144 AD3d 1560 | denied |
| Williams, Matter of, v City of New York | 1st Dept: 142 AD3d 901 | granted |
| Yolanda M., Matter of (Jose M.) | 2d Dept: 147 AD3d 954 (Proceeding No. 2) | denied* |

## Decided June 6, 2017

| | | |
|---|---|---|
| Annarae I., Matter of (Jennifer K.) | 3d Dept: 148 AD3d 1243 | denied |
| Bush, Matter of, v Lahtinen | App Div, 3d Dept: 2017 NY Slip Op 65170(U) | denied |
| Cody W., Matter of (Ronald L.) | 2d Dept: 148 AD3d 914 (Proceeding No. 1) | denied |
| Davey v Jones Hirsch Connors & Bull P.C. | 1st Dept: 138 AD3d 417 | denied |
| Grabar v Nichols, Long & Moore Constr. Corp. | 4th Dept: 147 AD3d 1489 | denied |

---

* Motion for poor person relief dismissed as academic or denied.